

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00389-CR

**BOBBY LYNN KEENE,**

                                                      **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                      **Appellee**


**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2014-1063-C2**


# ORDER

Appellant was convicted of aggravated assault of a public servant. A deadly weapon was alleged to have been used or exhibited by appellant.

Because the knife allegedly used was introduced into evidence as State's Exhibit 5 and is relevant to an issue raised on appeal, the Court has determined that it should inspect State's Exhibit 5.

Accordingly, the trial court clerk is directed to hand deliver the original exhibit of State's Exhibit 5 to the Clerk or a Deputy Clerk of the Court within 7 days from the date

of this order.  *See* TEX. R. APP. P. 34.6(g)(2).  The exhibit will be returned to the trial court clerk when the opinion and judgment issue in this appeal.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed February 15, 2017

